ENTERED
ON DOCKET

NOV 26 2001

BY DEPUTY

The Honorable Robert J. Bryan

FILED RECEIVED
NOV 21 2001
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

FILED RECEIVED
NOV 26 2001
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROXANNA L. RENTON,
                Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN, INC., d/b/a KAISER PERMANENTE, et al.,

                Defendants.

No. C00-5370 RJB

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by the parties to the above action, Plaintiff Roxanna L. Renton and Defendants Kaiser Foundation Health Plan, Inc., et al., through their respective attorneys, that the claims asserted by Roxanna L. Renton in this case may be dismissed with prejudice and without an award of attorney's fees or costs to either party. Provided, however, that by consenting to this dismissal plaintiff has not agreed to release any claims involving personal injury or medical negligence (including, but not limited to, failure to obtain informed consent for any health care provided) as they were not the subject of this complaint.

STIPULATION AND ORDER OF
DISMISSAL - 1

N:\CLIENTS\24661\1\PLEADINGS\DISMISSALSTIP.VERSION1.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this ____ day of November, 2001.

**DAVIS WRIGHT TREMAINE LLP**

By_____
Marvin L. Gray, Jr., WSBA #5161
Douglas C. Ross, WSBA #12811
**DAVIS WRIGHT TREMAINE, LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Telephone: (206) 622-3150
Fax: (206) 628-7699

**STOEL RIVES LLP**

By_____
Chris Kitchel, WSBA #13706
Lois Rosenbaum, WSBA #31067
**STOEL RIVES LLP**
900 SW 5th Ave., Ste. 2600
Portland, OR 97204
Telephone: (503) 294-9429
Fax: (503) 220-2480

**KELLER ROHRBACK L.L.P.**

By_____
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Jennefer Fallat, WSBA #30395
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384

Richard Drubel
Kimberly Schultz
John S. Clifford
**BOIES, SCHILLER & FLEXNER LLP**
26 South Main Street
Hanover, NH 03755
Telephone: (603) 643-9090
Fax: (603) 643-9010

STIPULATION AND ORDER OF
DISMISSAL - 2

N:\CLIENTS\24661\1\PLEADINGS\DISMISSAL STIP.VERSION 1.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 19th day of November, 2001.

**DAVIS WRIGHT TREMAINE LLP**

By _/s/ Marvin L. Gray_
Marvin L. Gray, Jr., WSBA #5161
Douglas C. Ross, WSBA #12811
**DAVIS WRIGHT TREMAINE, LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Telephone: (206) 622-3150
Fax: (206) 628-7699

**STOEL RIVES LLP**

By _____
Chris Kitchel, WSBA #13706
Lois Rosenbaum, WSBA #31067
**STOEL RIVES LLP**
900 SW 5th Ave., Ste. 2600
Portland, OR 97204
Telephone: (503) 294-9429
Fax: (503) 220-2480

**KELLER ROHRBACK L.L.P.**

By _/s/_
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Jennefer Fallat, WSBA #30395
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384

Richard Drubel
Kimberly Schultz
John S. Clifford
**BOIES, SCHILLER & FLEXNER LLP**
26 South Main Street
Hanover, NH 03755
Telephone: (603) 643-9090
Fax: (603) 643-9010

STIPULATION AND ORDER OF
DISMISSAL - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\24661\1\PLEADINGS\DISMISSALSTIP.VERSION1.DOC

David Boies
Stephen R. Neuwirth
Kent K. Anker
**BOIES, SCHILLER & FLEXNER LLP**
80 Business Park Drive
Armonk, NY 10504
Telephone: (914) 273-9800
Fax: (914) 273-9810

H. Laddie Montague, Jr.
Jerome M. Marcus
Jonathan Auerbach
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Fax: (215) 875-4604

Theodore J. Leopold
**RICCI, HUBBARD, LEOPOLD, FRANKEL & FARMER, P.A.**
Mellon United National Bank Tower
Suite 250
West Palm Beach, FL 33401
Telephone: (561) 684-6500
Fax: (561) 697-2383

## ORDER OF DISMISSAL

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-entitled case be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to either party. This dismissal shall not serve to release any personal injury or medical negligence claims (including, but not limited to, failure to obtain informed consent for any health care provided) as they were not the subject of this complaint.

DONE IN OPEN COURT this ___ day of November, 2001.

_____
HONORABLE ROBERT J. BRYAN

STIPULATION AND ORDER OF
DISMISSAL - 3

N:\CLIENTS\24661\1\PLEADINGS\DISMISSALSTIP.VERSION1.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | Presented by:

2 | KELLER ROHRBACK L.L.P.

3 | By /s/

4 | Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
5 | Jennefer Fallat, WSBA#30395
**KELLER ROHRBACK LLP**
6 | 1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
7 | Telephone: (206) 623-1900
Fax: (206) 623-3384

8 |
Richard Drubel
9 | Kimberly Schultz
John S. Clifford
10 | **BOIES, SCHILLER & FLEXNER LLP**
26 South Main Street
11 | Hanover, NH 03755
Telephone: (603) 643-9090
12 | Fax: (603) 643-9010

13 | David Boies
Stephen R. Neuwirth
14 | Kent K. Anker
**BOIES, SCHILLER & FLEXNER LLP**
15 | 80 Business Park Drive
Armonk, NY 10504
16 | Telephone: (914) 273-9800
Fax: (914) 273-9810

17 |
H. Laddie Montague, Jr.
18 | Jerome M. Marcus
Jonathan Auerbach
19 | **BERGER & MONTAGUE, P.C.**
1622 Locust Street
20 | Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
21 | Fax: (215) 875-4604

22 | Theodore J. Leopold
**RICCI, HUBBARD, LEOPOLD,**
23 | **FRANKEL & FARMER, P.A.**
Mellon United National Bank Tower
24 | Suite 250
West Palm Beach, FL 33401
25 | Telephone: (561) 684-6500
Fax: (561) 697-2383

26 |

STIPULATION AND ORDER OF
DISMISSAL - 4

N:\CLIENTS\24661\1\PLEADINGS\DISMISSALSTIP.VERSION1.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

car

United States District Court
for the
Western District of Washington
November 26, 2001


* * MAILING CERTIFICATE OF CLERK * *


Re:   3:00-cv-05370



True and correct copies of the attached were mailed by the clerk to the following:


Lynn Lincoln Sarko, Esq.
KELLER ROHRBACK
STE 3200
1201 3RD AVE
SEATTLE, WA   98101-3052
FAX 623-3384

Gretchen Freeman Cappio, Esq.
KELLER ROHRBACK
STE 3200
1201 3RD AVE
SEATTLE, WA   98101-3052
FAX 623-3384

Richard Drubel, Esq.
BOIES SCHILLER & FLEXNER
26 S MAIN ST
HANOVER, NH   03755
FAX 1-603-643-9010

Kimberly H Schultz, Esq.
BOIES SCHILLER & FLEXNER
26 S MAIN ST
HANOVER, NH   03755
FAX 1-603-643-9010

John S Clifford, Esq.
BOIES SCHILLER & FLEXNER
26 S MAIN ST
HANOVER, NH   03755
FAX 1-603-643-9010

Edward M Ricci, Esq.
RICCI HUBBARD LEOPOLD FRANKEL & FARMER
MELLON UNITED NATIONAL BANK TOWER
1645 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL   33402

Scott C Murray, Esq.
RICCI HUBBARD LEOPOLD FRANKEL & FARMER

MELLON UNITED NATIONAL BANK TOWER
1645 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL   33402

Theodore J Leopold, Esq.
RICCI HUBBARD LEOPOLD FRANKEL & FARMER
MELLON UNITED NATIONAL BANK TOWER
1645 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL   33402
FAX 1-561-697-2383

H Laddie Montague, Esq.
BERGER & MONTAGUE, PC
1622 LOCUST ST
PHILADELPHIA, PA   19103
FAX 1-215-875-4671

Jerome M Marcus, Esq.
BERGER & MONTAGUE, PC
1622 LOCUST ST
PHILADELPHIA, PA   19103

Jonathan Auerbach, Esq.
BERGER & MONTAGUE, PC
1622 LOCUST ST
PHILADELPHIA, PA   19103
FAX 1-215-875-4604

Michael Dell'Angelo, Esq.
BERGER & MONTAGUE, PC
1622 LOCUST ST
PHILADELPHIA, PA   19103

David Boies, Esq.
BOIES SCHILLER & FLEXNER LLP
STE 110
80 BUSINESS PARK DR
ARMONK, NY   10504

Stephen R Neuwirth, Esq.
BOIES SCHILLER & FLEXNER LLP
STE 110
80 BUSINESS PARK DR
ARMONK, NY   10504

Kent K Anker, Esq.
16TH FLOOR
570 LEXINGTON AVE
NEW YORK, NY   10022

Marvin L. Gray Jr., Esq.
DAVIS WRIGHT TREMAINE LLP
STE 2600
1501 4TH AVE
SEATTLE, WA   98101-1688
FAX 628-7040

Douglas Corlett Ross, Esq.
DAVIS WRIGHT TREMAINE LLP
STE 2600

1501 4TH AVE
SEATTLE, WA  98101-1688
FAX 628-7699

Robert J Maguire, Esq.
DAVIS WRIGHT TREMAINE LLP
STE 2600
1501 4TH AVE
SEATTLE, WA  98101-1688
FAX 628-7699

Christine Kitchel, Esq.
STOEL RIVES
STE 2600
900 SW FIFTH AVENUE
PORTLAND, OR  97204
FAX 1-503-220-2480

Judge Bryan